PRICE LAW GROUP, APC
G. Thomas Martin, III (Bar No. 218456)
15760 Ventura Boulevard, Suite 1100
Encino, California 91436
Telephone: 818.907.2030
Facsimile: 818.205.3730
tom@plglawfirm.com

Attorney for Plaintiff
BARBARA ANN HERNANDEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

BARBARA ANN HERNANDEZ,

        Plaintiff,

   vs.

USCB, INC., a corporation; and DOES
1 to 10, inclusive,

      Defendant.

Case No. CV13- 6187 DMG (JEMx)

**COMPLAINT FOR VIOLATIONS OF:**
1.  **THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. § 1692**
2.  **THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT, Cal. Civ. Code § 1788**

**DEMAND FOR JURY TRIAL**

## COMPLAINT FOR DAMAGES

## I.     INTRODUCTION

1.     Barbara Ann Hernandez ("Plaintiff"), an individual consumer, brings this action against USCB, Inc. ("Defendant"), a corporation, to seek redress for Defendant's alleged violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, and the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), Cal. Civ. Code § 1788.

## II.    JURISDICTION AND VENUE

2.    Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d) which states that any action to enforce liability created by the FDCPA may be brought in any appropriate United States District Court.  Jurisdiction of this Court also arises under 28 U.S.C. §§ 1331, 1337 and 1367.  Pursuant to 28 U.S.C. § 1367, jurisdiction is also proper as Plaintiff's RFDCPA claim as it is so related to Plaintiff's FDCPA claim that it forms part of the same case or controversy under Article III of the United States Constitution.

3.    Pursuant to 28 U.S.C. § 1391(b)(2), venue is proper in this district because Defendant transacts business in this District and Defendant's collection communications were received by Plaintiff in this District and thus, a substantial part of the events or omissions giving rise to this action occurred in this District.

## III.    PARTIES

4.    Plaintiff is an individual, residing in Pico Rivera, Los Angeles County, California 90660.  Plaintiff is a natural person obligated or allegedly obligated to pay any debt and, as such, Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).  Plaintiff is a natural person from whom a debt collector seeks to collect a consumer debt which is due and owing or alleged to be due and owing from such person.  Thus, Plaintiff is a "debtor" as defined by the RFDCPA, CAL. CIV. CODE § 1788.2(h).

5.    Defendant is a corporation, registered under the laws of the State of California.  Defendant's principle place of business is 3333 Wilshire Boulevard, Suite 720, Los Angeles, California 90010.  Defendant's Registered Agent for Service of Process is James V. Hughes, 3333 Wilshire Boulevard, Suite 720, Los Angeles, California 90010.

6.    Defendant's principal purpose is the collection of debts and Defendant regularly collects or attempts to collect the debts owed or due or asserted to be owed or due another.  Defendant regularly uses the telephone and

1  the mail to engage in the business of collecting debt in several states including,

2  California.  Thus, Defendant is a "debt collector" as defined by the FDCPA, 15

3  U.S.C. § 1692a(6).

4           7.      In the ordinary course of business, regularly, on behalf of itself or

5  others, Defendant engages in debt collection and thus, Defendant is a "debt

6  collector" as defined by the RFDCPA, CAL. CIV. CODE § 1788.2(c).  Defendant

7  regularly engages in the collection of debt by telephone in several states

8  including, California.

9           8.      The true names and capacities, whether individual, corporate, or in

10  any other form, of Defendants Does1 through 10, inclusive, and each of them, are

11  unknown to Plaintiff, who therefore sues them by such fictitious names.  Plaintiff

12  will seek leave to amend this Complaint to show the true names and capacities of

13  Does 1 through 10 should they be discovered.

14                    **IV.   FACTUAL ALLEGATIONS**

15           9.      Within one year prior to the filing of this action, Defendant contacted

16  Plaintiff in the attempt to collect debts originally incurred with The Los Angeles

17  County – USC Medical Center ("alleged debts").

18           10.     The alleged debts are an obligation or alleged obligation of a

19  consumer to pay money arising out of a transaction in which the money, property,

20  insurance, or services which are the subject of the transaction are primarily for

21  personal, family, or household purposes, whether or not such obligation has been

22  reduced to judgment.  Thus, the alleged debts are "debt[s]" as defined by 15

23  U.S.C. § 1692a(5).

24           11.     The alleged debts are money, property or their equivalent, due or

25  owing or alleged to be due or owing from a natural person by reason of a

26  consumer credit transaction, which qualifies as "consumer debt[s]," as defined by

27  RFDCPA, CAL. CIV. CODE § 1788.2(f).

28

12.     Defendant identifies the alleged debts by, but not limited to, account numbers 13204629, 13226439 and 13349356.

13.     The alleged debt identified by account number 13204629 was allegedly incurred on or about March 28, 2012.  The alleged debt identified by account number 13204629 is for approximately $864.00.

14.     The alleged debt identified by account number 13226439 was allegedly incurred on or about April 25, 2012.  The alleged debt identified by account number 13226439 is for approximately $864.00.

15.     The alleged debt identified by account number 13349356 was allegedly incurred on or about May 23, 2012.  The alleged debt identified by account number 13349356 is for approximately $864.00.

16.     On or about October 31, 2012, Plaintiff filed Chapter 7 bankruptcy case number 2:12-bk-46618-TD in the United States Bankruptcy Court for the Central District of California.

17.     On or about February 11, 2013, Plaintiff received a discharge in her Chapter 7 bankruptcy case.

18.     On or about February 11, 2013, Plaintiff was discharged of her personal liability to pay the alleged debts.

19.     Subsequent to February 11, 2013, Defendant made repeated attempts to collect the alleged debts from Plaintiff.

20.     On or about June 19, 2013, Defendant sent several collection letters to Plaintiff's residence demanding payment for the alleged debts.  A true and correct copy of the three collection letters Defendant send to Plaintiff on or about June 19, 2013, are attached hereto as part of "Exhibit A."

21.     On or about July 15, 2013, Defendant was notified in writing of Plaintiff's above-referenced bankruptcy.  Defendant was notified in writing that Plaintiff disputed her liability to pay the alleged debts.  Defendant was notified in writing that Plaintiff was represented by an attorney in regards to the alleged

- 4 -
COMPLAINT FOR DAMAGES

1    debts.  Defendant was notified in writing to cease any further collection activities

2    against Plaintiff and direct all future inquiries concerning the alleged debts to

3    Plaintiff's attorney.  A true and correct copy of the above-referenced letter sent to

4    Defendant on or about July 15, 2013, is attached hereto as "Exhibit A."

5         22.    On or about August 13, 2013, at approximately 12:50 p.m.,

6    Defendant called Plaintiff's telephone number (562) 282-7954 from Defendant's

7    telephone number (855) 781-2959 for the purpose of collecting the allege debts.

8    Plaintiff answered the telephone call and a representative from Defendant

9    identified himself as "Carlos."

10        23.    Defendant contacted Plaintiff for the purpose of collecting the allege

11   debts after Defendant had been notified in writing of Plaintiff's above-referenced

12   bankruptcy.

13        24.    Defendant contacted Plaintiff for the purpose of collecting the allege

14   debt after Defendant had been notified in writing that Plaintiff was not personally

15   liable to pay the alleged debts.

16        25.    Defendant contacted Plaintiff for the purpose of collecting the allege

17   debts after Defendant had been notified in writing that Plaintiff disputed her

18   liability to pay the allege debts.

19        26.    Defendant contacted Plaintiff for the purpose of collecting the allege

20   debts after Defendant had been notified in writing that Plaintiff was represented

21   by an attorney in regards to the allege debts.

22        27.    Defendant contacted Plaintiff for the purpose of collecting the allege

23   debts after Defendant had been notified in writing to cease contacting Plaintiff

24   and to direct all communications regarding the alleged debts to Plaintiff's

25   attorney.

26        28.    Subsequent to being notified in writing that Plaintiff was represented

27   by an attorney in regards to the alleged debts, Defendant never received consent

28   to communicate directly with Plaintiff.

- 5 -

COMPLAINT FOR DAMAGES

29.     Within one year prior to the filing of this action, Defendant communicated with Plaintiff after Defendant received written notification that Plaintiff refused to pay the alleged debts, or that Plaintiff wanted Defendant to cease communications.

30.     Defendant's conduct as described in detail above was done to harass, oppress, or abuse Plaintiff.

31.     Defendant's conduct as described in detail above amounted to an unfair or unconscionable means to collect or attempt to collect the alleged debt.

## V.     FIRST CAUSE OF ACTION

### (Violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692)

32.     Plaintiff incorporates herein by reference all of the above paragraphs of this Complaint as though fully set forth herein at length.

33.     Defendant violated the FDCPA.  Defendant's violations include, but are not limited to, the following:

(a)     Defendant violated 15 U.S.C. § 1692c(a)(2) by communicating with a consumer if the debt collector knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address, unless the attorney fails to respond within a reasonable period of time to a communication from the debt collector or unless the attorney consents to direct communication with the consumer; and

(b)     Defendant violated 15 U.S.C. § 1692c(c) by communicating with a consumer after a consumer notifies the debt collector in writing that the consumer refuses to pay a debt or that the consumer wishes the debt collector to cease further communication with the consumer; and

(c)     Defendant violated 15 U.S.C. §1692d by engaging in conduct, the natural consequence of which is to harass, oppress or abuse any person in connection with the collection of the alleged debt; and

(d)     Defendant violated 15 U.S.C. §1692f by using unfair or unconscionable means in connection with the collection of an alleged debt.

34.     Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

35.     As a result of the foregoing violations of the FDCPA, Defendant is liable to Plaintiff for declaratory judgment that Defendant's conduct violated the FDCPA, actual damages, statutory damages, and costs and attorney's fees.

## VI.   SECOND CAUSE OF ACTION

**(Violation of the Rosenthal Fair Debt Collection Practices Act, CAL. CIV. CODE § 1788)**

36.     Plaintiff incorporates herein by reference all of the above paragraphs of this Complaint as though fully set forth herein at length.

37.     Defendant violated the RFDCPA.  Defendant's violations include, but are not limited to, the following:

(a)     Defendant violated CAL. CIV. CODE § 1788.14(c) by communicating with a debtor, other than statements of account, after the debt collector has been notified in writing that the debtor is represented by an attorney; and

(b)     Defendant violated CAL. CIV. CODE § 1788.17 by collecting or attempting to collect a consumer debt without complying with the provisions of Sections 1692b to 1692j, inclusive, of . . . Title 15 of the United States Code (Fair Debt Collection Practices Act).

(i)     Defendant violated CAL. CIV. CODE § 1788.17 by violating 15 U.S.C. § 1692c(a)(2) by communicating with a consumer if the debt collector knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address, unless the attorney fails to respond within a reasonable period of time to a communication from the debt collector or unless the attorney consents to direct communication with the consumer; and

(ii)     Defendant violated CAL. CIV. CODE § 1788.17 by violating 15 U.S.C. § 1692c(c) by communicating with a consumer after a consumer notifies the debt collector in writing that the consumer refuses to pay a debt or that the consumer wishes the debt collector to cease further communication with the consumer; and

(iii)     Defendant violated CAL. CIV. CODE § 1788.17 by violating 15 U.S.C. § 1692d by engaging in conduct, the natural consequence of which is to harass, oppress or abuse any person in connection with the collection of the alleged debt; and

(iv)     Defendant violated CAL. CIV. CODE § 1788.17 by violating 15 U.S.C. § 1692f by using unfair or unconscionable means in connection with the collection of an alleged debt.

38.     Defendant's acts, as described above, were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

39.     As a result of the foregoing violations of the RFDCPA, Defendant is liable to Plaintiff for declaratory judgment that Defendant's conduct violated the RFDCPA, actual damages, statutory damages, and attorney's fees and costs.

## VII.   **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that judgment be entered against Defendant for the following:

(a)     Declaratory judgment that Defendant violated the FDCPA and the RFDCPA pursuant to 28 U.S.C. §§ 2201 and 2202; and

(b)     Actual damages pursuant to 15 U.S.C. § 1692k(a)(1) and CAL. CIV. CODE § 1788.30(a); and

(c)     Statutory damages pursuant to 15 U.S.C. § 1692k(a)(2) and CAL. CIV. CODE § 1788.30(b); and

(d)    Costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1692k(a)(3) and CAL. CIV. CODE § 1788.30(c);

(e)    Awarding Plaintiff any pre-judgment and post-judgment interest as may be allowed under the law; and

(f)    For such other and further relief as the Court may deem just and proper.

## VII.  DEMAND FOR JURY TRIAL

Please take notice that Plaintiff demands a trial by jury in this action.

RESPECTFULLY SUBMITTED,

Dated: August 22, 2013

PRICE LAW GROUP, APC

By: _____

G. Thomas Martin, III
*Attorney for Plaintiff*

COMPLAINT FOR DAMAGES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "A"**

COMPLAINT FOR DAMAGES



**PRICE LAW GROUP**
A Professional Corporation

**Monday, July 15, 2013**

USCB, Inc.
3333 Wilshire Boulevard, Suite 720
Los Angeles, CA 90010

<u>Sent Via Certified Mail #:</u>
7012 2210 0002 1594 3263

| | |
|---|---|
| **Debtor:** | **Barbara Ann Hernandez** |
| **Account Numbers:** | **13104629, 13226439 and 13349356** |
| **Bankruptcy Case No.:** | **2:12-bk-46618** |

To Whom It May Concern,

Prior to October 31, 2012, Barbara Ann Hernandez allegedly incurred debts ("alleged debts") with LAC + USC Medical Center. The allege debts are identified by account numbers 13104629, 13226439 and13349356.

On October 31, 2012, Ms. Hernandez filed Chapter 7 bankruptcy case number 2:12-bk-46618 in the United States Bankruptcy Court for the Central District of California. *See* enclosed "Notice of Bankruptcy Case Filing." On February 11, 2012, Ms. Hernandez received a discharge in her Chapter 7 bankruptcy and was discharged of her personal liability to pay the alleged debts. *See* enclosed "Discharge of Debtor."

Ms. Hernandez informs me that even though she was discharged of her personal liability to pay the alleged debts, USCB America continues to contact her to collect the alleged debts. *See* enclosed USCB America collection letters dated June 19, 2013.

This letter is intended to serve as Ms. Hernandez's formal dispute that she is not personally liable to pay the alleged debts. Further, USCB America is directed to comply with the Discharge Injunction of the United States Bankruptcy Code, 11 U.S.C. § 524, and to cease and desist from any further collection actions against Ms. Hernandez regarding <u>any</u> debts discharged in bankruptcy.

Further attempts to collect this debt from Ms. Hernandez personally may amount to willful violations of both the United States Bankruptcy Code and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692. Please direct all inquiries regarding any of the above to this office.

Best regards,

Brian Murray, Esq.
Price Law Group, APC

cc:    1. USCB America, P.O. Box 74929, Los Angeles, CA 90004
       2. LAC + USC Medical Center, 1100 N. State St., TRLR 17, Los Angeles, CA 90033
       3. Barbara Ann Hernandez, 9212 Burke St., #15, Pico Rivera, CA 900660
encl:  1. Notice of Bankruptcy Case Filing
       2. Discharge of Debtor
       3. USCB America collection letters                                    (Page <u>1</u> of <u>8</u>)

---

15760 Ventura Boulevard | Suite 1100 | Encino, California 91436
Telephone: 818.995.4540 | Facsimile: 818.205.2730
www.pricelawgroup.com

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/11)

| UNITED STATES BANKRUPTCY COURT | Central District Of California |
|---|---|

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on October 31, 2012.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at **U. S. Bankruptcy Court, 255 E. Temple Street, Room 940, Los Angeles, CA 90012.**

NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations

| Debtor(s) (name(s) and address):<br>Barbara Ann Hernandez<br>9212 Burke St #15<br>Pico Rivera, CA 90660 | Case Number:<br>**2:12-bk-46618-TD** |
|---|---|
| All other names used by the Debtor(s) in the last 8 years (include married, maiden and trade names):<br>Debtor:<br>Joint Debtor: | Last four digits of Social Security or Individual Taxpayer-ID (ITIN) No(s)./Complete EIN:<br>Dbt SSN: xxx-xx-6741 |
| Attorney for Debtor(s) (name and address):<br>Steven A Alpert<br>15760 Ventura Blvd Ste 1100<br>Encino, CA 91436<br>Telephone number:  818-995-4540 | Bankruptcy Trustee (name and address):<br>Wesley H Avery (TR)<br>28005 Smyth Drive # 117<br>Valencia, CA 91355<br>Telephone number: (661) 295-4674 |

## Meeting of Creditors

Date: **December 3, 2012**          Time:  **11:00 AM**
Location:  725 S Figueroa St., Room 101, Los Angeles, CA 90017

## Presumption of Abuse under 11 U.S.C. § 707(b)

See *"Presumption of Abuse"* on the reverse side
The presumption of abuse does not arise.

## Deadlines

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: February 1, 2013**
**Deadline to Object to Exemptions:**  Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So

## Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>255 East Temple Street,<br>Los Angeles, CA 90012<br>Telephone number:  213-894-3118 | For the Court:<br>Clerk of the Bankruptcy Court:<br>Kathleen J. Campbell |
|---|---|
| Hours Open:  9:00 AM – 4:00 PM | Date:  November 2, 2012 |
| (Form rev. 12/11:341–B9A) | |

EXPLANATIONS                                                                     B9A (Official Form 9A)(12/11)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. *The trustee is designated to preside at the meeting of creditors. The case is covered by the Chapter 7 blanket bond on file with the Court.* |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, you may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a) or that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Proof of Debtor Identification (ID) and Proof of Social Security Number (SSN) | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state-issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W–2 form, pay stub, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the  U. S. Bankruptcy Court, 255 E. Temple Street, Room 940, Los Angeles, CA 90012.  You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office at the address listed above. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Failure to File a Statement and/or Schedule(s) | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial Section 341(a) meeting of creditors and any continuance thereof, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the Court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section. **SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| Bankruptcy Fraud and Abuse | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 725 S. Figueroa Street, 26th Floor, Los Angeles, CA 90017. |

**— Refer to Other Side for Important Deadlines and Notices —**

B18 (Official Form 18)(12/11)

# United States Bankruptcy Court
## Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
Barbara Ann Hernandez

**BANKRUPTCY NO.** 2:12-bk-46618-TD

**CHAPTER** 7

**Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s)., (if any):** xxx-xx-6741
**Employer Tax-Identification (EIN) No(s).(if any):** N/A
**Debtor Discharge Date:** 2/11/13

**Address:**
9212 Burke St #15
Pico Rivera, CA 90660

It appearing that the debtor is entitled to a discharge, IT IS ORDERED: The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code). SEE THE BACK OF THIS ORDER FOR EXCEPTIONS AND OTHER IMPORTANT INFORMATION.

BY THE COURT,

Dated: February 11, 2013

Kathleen J. Campbell
Clerk of the Court

* Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social-security numbers or individual taxpayer-identification numbers.

(Form b18-DIS Rev. 12/2011) VAN-30

14 / MS

B18 (Official Form 18) Cont.
Rev.(12/11)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court, under section 523 of the Bankruptcy Code or other applicable law, specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.



**USCB AMERICA**   U 1551
P.O. BOX 74929   058487440
LOS ANGELES, CA 90004-0929

**855-228-3215**

| CLIENT NAME | COUNTY OF LOS ANGELES DHS |
|---|---|
| FACILITY NAME | LAC + USC MEDICAL CENTER |
| MEDICAL RECORD NUMBER | 6134817 |
| TOTAL AMOUNT DUE | $864.00 |
| CUSTOMER SERVICE | 323-226-6361 |

06/19/13

| ACCOUNT NUMBER | AMOUNT | SERVICE DATE |
|---|---|---|
| 13104629 | $864.00 | 03/28/12 |

**PERSONAL & CONFIDENTIAL**

HERNANDEZ,BARBARA
9212 BURKE ST APT 15
PICO RIVERA, CA 90660-4671

After repeated attempts to encourage you to pay your long overdue account with LAC + USC MEDICAL CENTER, there is still an outstanding balance. This is our final letter. USCB America is a debt collector and this is an attempt to collect a debt. Any information obtained will be used for that purpose. If you have any questions, please contact the facility at **323-226-6361**.

We expect payment of the amount due stated above.

Despues de repetidos esfuerzos a animar a usted a pagar esta deuda largamente sin pago con la clinica LAC + USC MEDICAL CENTER, todavia existe una cuenta pendiente. Este es nuestro aviso final. USCB America es una agencia de coleccion de deudas y esto es un intento de cobrar una deuda. Cualquier informacion que se obtenga se usara con este fin. Si usted tiene alguna pregunta, por favor comuniquese con el centro medico al **323-226-6361**.

Esperamos pago de la cantidad que debe indicada arriba.

✂ ········**PLEASE SEE IMPORTANT NOTICE ON BACK** --- **FAVOR DE LEER INFORMACIÓN IMPORTANTE AL REVERSO**········

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

HERNANDEZ,BARBARA
9212 BURKE ST APT 15
PICO RIVERA, CA 90660-4671

| CLIENT NAME | COUNTY OF LOS ANGELES DHS |
|---|---|
| FACILITY NAME | LAC + USC MEDICAL CENTER |
| MEDICAL RECORD NUMBER | 6134817 |
| TOTAL AMOUNT DUE | $864.00 |
| CUSTOMER SERVICE | 323-226-6361 |

■■■■ **MAKE CHECK OR MONEY ORDER PAYABLE TO:** ■■■■

LAC + USC MEDICAL CENTER
1100 N STATE ST, TRLR 17
LOS ANGELES, CA 90033-5000

1551-BE-CL3-ver 3.2



**USCB AMERICA**   U 1552
P.O. BOX 74929   058487441
LOS ANGELES, CA 90004-0929

855-228-3215

| CLIENT NAME | COUNTY OF LOS ANGELES DHS |
|---|---|
| FACILITY NAME | LAC + USC MEDICAL CENTER |
| MEDICAL RECORD NUMBER | 6134817 |
| TOTAL AMOUNT DUE | $864.00 |
| CUSTOMER SERVICE | 323-226-6361 |

| ACCOUNT NUMBER | AMOUNT | SERVICE DATE |
|---|---|---|
| 13226439 | $864.00 | 04/25/12 |

06/19/13

PERSONAL & CONFIDENTIAL

HERNANDEZ,BARBARA
9212 BURKE ST APT 15
PICO RIVERA, CA 90660-4671

After repeated attempts to encourage you to pay your long overdue account with LAC + USC MEDICAL CENTER, there is still an outstanding balance. This is our final letter. USCB America is a debt collector and this is an attempt to collect a debt. Any information obtained will be used for that purpose.  If you have any questions, please contact the facility at **323-226-6361**.

We expect payment of the amount due stated above.

Despues de repetidos esfuerzos a animar a usted a pagar esta deuda largamente sin pago con la clinica LAC + USC MEDICAL CENTER, todavia existe una cuenta pendiente. Este es nuestro aviso final. USCB America es una agencia de coleccion de deudas y esto es un intento de cobrar una deuda. Cualquier informacion que se obtenga se usara con este fin. Si usted tiene alguna pregunta, por favor comuniquese con el centro medico al **323-226-6361**.

Esperamos pago de la cantidad que debe indicada arriba.

--------- **PLEASE SEE IMPORTANT NOTICE ON BACK**--- **FAVOR DE LEER INFORMACIÓN IMPORTANTE AL REVERSO**---------

PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

HERNANDEZ,BARBARA
9212 BURKE ST APT 15
PICO RIVERA, CA 90660-4671

| CLIENT NAME | COUNTY OF LOS ANGELES DHS |
|---|---|
| FACILITY NAME | LAC + USC MEDICAL CENTER |
| MEDICAL RECORD NUMBER | 6134817 |
| TOTAL AMOUNT DUE | $864.00 |
| CUSTOMER SERVICE | 323-226-6361 |

━━ **MAKE CHECK OR MONEY ORDER PAYABLE TO:** ━━

LAC + USC MEDICAL CENTER
1100 N STATE ST, TRLR 17
LOS ANGELES, CA 90033-5000



**USCB AMERICA**
U 1553
P.O. BOX 74929
058487442
LOS ANGELES, CA 90004-0929

**855-228-3215**

| CLIENT NAME | COUNTY OF LOS ANGELES DHS |
|---|---|
| FACILITY NAME | LAC + USC MEDICAL CENTER |
| MEDICAL RECORD NUMBER | 6134817 |
| TOTAL AMOUNT DUE | 9864.00 |
| CUSTOMER SERVICE | 323-226-6361 |

06/19/13

| ACCOUNT NUMBER | AMOUNT | SERVICE DATE |
|---|---|---|
| 13349356 | 9864.00 | 05/23/12 |

PERSONAL & CONFIDENTIAL

HERNANDEZ,BARBARA
9212 BURKE ST APT 15
PICO RIVERA, CA 90660-4671

After repeated attempts to encourage you to pay your long overdue account with LAC + USC MEDICAL CENTER, there is still an outstanding balance. This is our final letter. USCB America is a debt collector and this is an attempt to collect a debt. Any information obtained will be used for that purpose.  If you have any questions, please contact the facility at **323-226-6361**.

We expect payment of the amount due stated above.

Despues de repetidos esfuerzos a animar a usted a pagar esta deuda largamente sin pago con la clinica LAC + USC MEDICAL CENTER, todavia existe una cuenta pendiente. Este es nuestro aviso final. USCB America es una agencia de coleccion de deudas y esto es un intento de cobrar una deuda. Cualquier informacion que se obtenga se usara con este fin. Si usted tiene alguna pregunta, por favor comuniquese con el centro medico al **323-226-6361**.

Esperamos pago de la cantidad que debe indicada arriba.

✂ ········ **PLEASE SEE IMPORTANT NOTICE ON BACK** --- **FAVOR DE LEER INFORMACIÓN IMPORTANTE AL REVERSO** ········

---------------------------- PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT --------------------------

HERNANDEZ,BARBARA
9212 BURKE ST APT 15
PICO RIVERA, CA 90660-4671

| CLIENT NAME | COUNTY OF LOS ANGELES DHS |
|---|---|
| FACILITY NAME | LAC + USC MEDICAL CENTER |
| MEDICAL RECORD NUMBER | 6134817 |
| TOTAL AMOUNT DUE | 9864.00 |
| CUSTOMER SERVICE | 323-226-6361 |

▬ **MAKE CHECK OR MONEY ORDER PAYABLE TO:** ▬

LAC + USC MEDICAL CENTER
1100 N STATE ST, TRLR 17
LOS ANGELES, CA 90033-5000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____Dolly M. Gee_____ and the assigned Magistrate Judge is _____John E. McDermott_____ .

The case number on all documents filed with the Court should read as follows:

### 2:13CV6187 DMG JEMx

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

_____August 22, 2013_____
Date

By  J.Prado
Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| [x] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring Street, G-8 | 411 West Fourth St., Ste 1053 | 3470 Twelfth Street, Room 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701 | Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

BARBARA ANN HERNANDEZ

*Plaintiff*

v.

USCB, INC., a corporation; and DOES 1 to 10, inclusive,

*Defendant*

)
)
)
)
)
)
)

CV13- 6187 DM4 (JEMx)

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   USCB, INC., a corporation
3333 Wilshire Blvd, Suite 720
Los Angeles, California 90010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   G. Thomas Martin, III, Esq. (SBN 218456)
PRICE LAW GROUP, APC
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (866) 397-2030
tom@plglawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  AUG 2 2 2013

CLERK OF COURT

JULIE PRADO

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

BARBARA ANN HERNANDEZ

**DEFENDANTS**

USCB, INC., a corporation; and DOES 1 to 10, inclusive,

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

G. Thomas Martin, III (SBN 218456)
PRICE LAW GROUP, APC
15760 Ventura Blvd., Suite 1100, Encino, CA  91436

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ according to proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. 1681 et seq. Violations of the Fair Credit Report Act

**VII. NATURE OF SUIT** (Place an X in one box only.)

OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☒ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise

REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

TORTS PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability

IMMIGRATION
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

TORTS PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/Other
☐ 550 Civil Rights
☐ 555 Prison Condition

FORFEITURE/PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

**FOR OFFICE USE ONLY:** Case Number:  CV13- 6187

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)            CIVIL COVER SHEET            Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
　　　　　　　　　　　　　　☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
　　　　　　　　　　　　　　☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
　　　　　　　　　　　　　　☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐　Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐　Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
　　**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____     Date 08/22/2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |