PRICE LAW GROUP, APC
G. Thomas Martin, III (Bar No. 218456)
15760 Ventura Boulevard, Suite 1100
Encino, California 91436
Telephone: 818.907.2030
Facsimile: 818.205.3730
tom@plglawfirm.com
Attorney for Plaintiff
BARBARA ANN HERNANDEZ

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| BARBARA ANN HERNANDEZ, | Case No. 2:13-cv-06187-DMG-JEM |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| USCB, INC., a corporation; and DOES 1 to 10, inclusive, | |
| Defendant. | |

**PLEASE TAKE NOTICE** that this matter has been settled in its entirety. It is respectfully requested that all pending hearings be taken off calendar.

Dated: November 6, 2013        RESPECTFULLY SUBMITTED,
                               By: /s/ G. Thomas Martin, III
                               G. Thomas Martin, III
                               Attorney for Plaintiff

- 1 -
Notice of Settlement

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by Electronic Notification pursuant to ECF procedures on this 6th day of November, 2013:

Jeanne L. Zimmer, Esq.
zimmerj@cmtlaw.com
Attorney for Defendant

By:/s/ G. Thomas Martin, III
G. Thomas Martin, III